OCTOBER 7, 1959

**Reap. Dec. 9520.**—C. A. Andres & Co. et al. *v.* United States,

Motion by plaintiffs.